

# Fourth Court of Appeals
## San Antonio, Texas

June 23, 2016

No. 04-16-00362-CV

**IN RE** Nancy **ALANIS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice

On June 9, 2016, relator filed a petition for writ of mandamus and a motion to transfer records to the petition for writ of mandamus, stay the trial court's order of March 3, 2016, and abate her appeal currently pending before this court. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of June, 2016.

_____
Keith E. Hottle, Clerk

---

[1]This proceeding arises out of Cause No. 2011-CI-02839, styled *Nancy Alanis v. Wells Fargo Bank National Association, as Trustee for the Pooling and Servicing Agreement dated as of October 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-NC3 Mortgage Pass Through Certificates Series 2006 NC3; and Homeq Servicing Corporation; and Ocwen Loan Servicing, LLC*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Larry Noll presiding.